the Second Circuit granted. *Mr. Laurence Sovik* for petitioners. *Solicitor General Biddle* for respondent.

No. 486. POWERS *v.* COMMISSIONER OF INTERNAL REVENUE. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Ralph 'G. Boyd* for petitioner. *Solicitor General Biddle* for respondent.

No. 494. UNITED STATES *v.* RYERSON ET AL.; and
No. 495. RYERSON ET AL. *v.* UNITED STATES. November 12, 1940. Petitions for writs of certiorari to the Circuit Court, of Appeals for the Seventh Circuit granted. *Solicitor General Biddle* for the United States. *Messrs. Walter T. Fisher* and *Wm. N. Haddad* for respondents in No. 494 and petitioners in No. 495. Reported below: 114 F. 2d 150.

No. 564. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* OREGON MUTUAL LIFE INSURANCE CO. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Biddle* for petitioner. *Mr. William Marshall` Bullitt* for respondent.

No. 128. MOSBACHER *v.* UNITED STATES. See *ante,* p. 619.

No. 500. UNITED STATES *v.* SHERWOOD. November 18, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor Gen-*

eral *Biddle* for the United States. *Messrs. M. Carl Levine* and *David Morgulas* for respondent.

No. 510. ESTATE OF ABENDROTH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 511. ESTATE OF BLACQUE ET AL. *v.* SAME. November 18, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Rollin Browne, James D. Ouchterloney,* and *George Craven* for petitioners. *Solicitor General Biddle* for respondent. Reported below: 114 F. 2d 1017.

No. 516. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* RICHTER. November 18, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted, limited to the first question presented by the petition for the writ. *Solicitor General Biddle* for petitioner. *Messrs. Richard H. Wilmer* and *Douglas L. Hatch* for respondent.

No. 517. HORT *v.* COMMISSIONER OF INTERNAL REVENUE. November 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the first question presented by the petition for the writ. *Messrs. Walter J. Rosston* and *Edwin Hort* for petitioner. *Solicitor General Biddle* for respondent.

No. 537. FASHION ORIGINATORS' GUILD OF AMERICA, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. November 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs.*